AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**EASTERN** District of **MASSACHUSETTS**

FILED IN CLERKS OFFICE

2005 OCT 11  P 4:25

U.S. DISTRICT COURT
DISTRICT OF MASS.

SERGEY V. KOFMAN

v.

MICHAEL CHERTOFF et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 11597 MLW

TO: (Name and address of Defendant)

OFFICE OF THE GENERAL COUNSEL
U.S. DEPARTMENT OF HOMELAND SECURITY
WASHINGTON, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICE OF BORIS B. MAIDEN
251 HARVARD STREET, STE. 1
BROOKLINE, MA 02446

an answer to the complaint which is herewith served upon you, within **60** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL 29 2005

**CLERK**                                                          **DATE**

(By) DEPUTY CLERK