AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of MASSACHUSETTS

FILED
CLERKS OFFICE
2005 OCT 11 P 4: 25
US DISTRICT COURT
DISTRICT OF MASS.

SERGEY V. KOFMAN

v.

MICHAEL CHERTOFF, et. al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 11597 MLW**

TO: (Name and address of Defendant)

EDUARDO AGUIRRE, JR. / ROBERT DIVINE, DIRECTOR
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
20 MASSACHUSETTS AVE NW
WASHINGTON, DC 20529

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BORIS B MAIDEN
ATTORNEY AT LAW
251 HARVARD ST, SUITE 1
BROOKLINE, MA 02446

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

(By) DEPUTY CLERK

DATE: JUL 29 2005