BORIS B. MAIDEN
ATTORNEY AT LAW
251 HARVARD STREET    SUITE 1    BROOKLINE MA 02446

BORIS B. MAIDEN*
KEVIN P. KEEFE
GREGORY ROMANOVSKY**

PHONE: (617) 739-6977
FAX:   (617) 739-6774

OF COUNSEL
KENNETH J. GOLDBERG

*Also admitted in NY
**Member of American Immigration Lawyers Association

October 24, 2005

United States District Court
District of Massachusetts
Attn: Kathleen Boyce (Clerk's Office)
1 Courthouse Way – Suite 2300
Boston, MA 02210

Re:   **Docket No.   05 11596 (JUDGE WOLF)**
      **Docket No.   05 11597 (JUDGE WOLF)**

Dear Ms. Boyce:

As you suggested, I am writing to you again to request a speedy processing of the above-referenced cases. Both cases resulted from the failure of the U.S. Citizenship & Immigration Services to adjudicate my clients' Applications for Naturalization.

Both Mr. Kofman and Mr. Bratslavskiy made their respective applications to become citizens of the United States, and in both cases, there has been an unreasonable delay by the Government. Mr. Kofman has been waiting for 1.5 years since the date of his naturalization interview, and Mr. Bratslavskiy has been waiting for over 3 years since his interview. Numerous attempts by my clients and myself to contact the USICS directly resulted in no responses by the Government.

Kindly issue the Notices of Default for both cases at your earliest opportunity, so that my clients can finally receive the immigration benefit they are entitled to under the Immigration and Nationality Act.

OCTOBER 24, 2005

If you have any questions, or require additional information, please give me a call

Respectfully yours,

Gregory Romanovsky

### CERTIFICATE OF SERVICE

I, Gregory Romanovsky, attorney for the Plaintiffs, Sergey V. Kofman and Yakov Bratslavskiy, hereby certify that on this 24th day of October, 2005, I have caused true and accurate copies of the foregoing letter, to be mailed to the following defendants:

Denis Riordan, District Director
U.S. Citizenship & Immigration Services
JFK Federal Building
15 Sudbury Street
Boston, MA 02203

Office of General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Eduardo Aguirre, Jr. / Robert Divine, Director
U.S. Citizenship & Immigration Services
20 Massachusetts Avenue, NW
Washington, DC 20529

U.S. Attorney's Office
U.S. District Court, District of Massachusetts
1 Courthouse Way, Ste. 9200
Boston, MA 02210

Gregory Romanovsky