BORIS B. MAIDEN
ATTORNEY AT LAW

251 HARVARD STREET    SUITE 1    BROOKLINE MA 02446

BORIS B. MAIDEN*
KEVIN P. KEEFE
GREGORY ROMANOVSKY**

PHONE: (617) 739-6977
FAX:   (617) 739-6774

OF COUNSEL
KENNETH J. GOLDBERG

*Also admitted in NY
**Member of American Immigration Lawyers Association

November 4, 2005

United States District Court
District of Massachusetts
Attn: Kathleen Boyce (Clerk's Office)
1 Courthouse Way – Suite 2300
Boston, MA 02210

**Re:    Docket No.    05 11596 (JUDGE WOLF)**
       **Docket No.    05 11597 (JUDGE WOLF)**

Dear Ms. Boyce:

   Per my telephone conversation with the U.S. Attorney's Office yesterday, the Plaintiffs in the above-referenced cases, through the undersigned counsel, agree to a 30-day stay on the issuance of default against the Defendants.

   If you have any questions, or require additional information, please give me a call

Respectfully yours,

Gregory Romanovsky

– 2 –                                                                 NOVEMBER 4, 2005

## CERTIFICATE OF SERVICE

I, Gregory Romanovsky, attorney for the Plaintiffs, Sergey V. Kofman and Yakov Bratslavskiy, hereby certify that on this 24th day of October, 2005, I have caused true and accurate copies of the foregoing letter, to be mailed to the following defendants:

Mr. Henry Henley (for Denis Riordan)
U.S. Citizenship & Immigration Services
JFK Federal Building, Room 425
15 Sudbury Street
Boston, MA 02203

Office of General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Eduardo Aguirre, Jr. / Robert Divine, Director
U.S. Citizenship & Immigration Services
20 Massachusetts Avenue, NW
Washington, DC 20529

U.S. Attorney's Office
Attn: Rayford Farquhar/Anton Giedt
U.S. District Court, District of Massachusetts
1 Courthouse Way, Ste. 9200
Boston, MA 02210

_____
Gregory Romanovsky