# BORIS B. MAIDEN
## ATTORNEY AT LAW

251 HARVARD STREET    SUITE 1    BROOKLINE MA 02446

BORIS B. MAIDEN*  
KEVIN P. KEEFE  
GREGORY ROMANOVSKY**

PHONE: (617) 739-6977  
FAX:   (617) 739-6774

OF COUNSEL  
KENNETH J. GOLDBERG

*Also admitted in NY  
**Member of American Immigration Lawyers Association

December 15, 2005

United States District Court  
District of Massachusetts  
Attn: Kathleen Boyce (Clerk's Office)  
1 Courthouse Way – Suite 2300  
Boston, MA 02210

Re:    Docket No.    05 11597 (JUDGE WOLF)

Dear Ms. Boyce:

    Per my telephone conversation with the U.S. Attorney's Office yesterday, the Plaintiffs in the above-referenced cases, through the undersigned counsel, agree to a 30-day stay on the issuance of default against the Defendants.

    If you have any questions, or require additional information, please give me a call

Respectfully yours,

Gregory Romanovsky

– 2 –                                                                DECEMBER 15, 2005

## CERTIFICATE OF SERVICE

I, Gregory Romanovsky, attorney for the Plaintiffs, Sergey V. Kofman, hereby certify that on this 15th day of December, 2005, I have caused true and accurate copies of the foregoing letter, to be mailed to the following defendants:

Mr. Henry Henley (for Denis Riordan)
U.S. Citizenship & Immigration Services
JFK Federal Building, Room 425
15 Sudbury Street
Boston, MA 02203

Office of General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

Eduardo Aguirre, Jr. / Robert Divine, Director
U.S. Citizenship & Immigration Services
20 Massachusetts Avenue, NW
Washington, DC 20529

U.S. Attorney's Office
Attn: Rayford Farquhar/Anton Giedt
U.S. District Court, District of Massachusetts
1 Courthouse Way, Ste. 9200
Boston, MA 02210

_____
Gregory Romanovsky