UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sergey Koffman,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　Defendants. | **Civil Action No. 05-11597-MLW** |

## STIPULATION OF DISMISSAL

　　　Pursuant to the provisions of Fed. R. Civ .P. 41(a)(1)(ii), SERGEY KOFFMAN, the Plaintiff herein, voluntarily dismisses with prejudice the above captioned action as to the U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, the Defendants. Each party shall bear all of their own costs and attorneys' fees in connection with the action and all rights of appeal are waived.

Respectfully submitted,

| For the Plaintiff, | For the Defendnats, |
|---|---|
| SERGEY KOFFMAN, | U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Gregory Romanovsky   (By: APG) 7/18/2006<br>Gregory Romanovsky, Esq.<br>Law Office of Boris B. Maiden<br>251 Harvard Street, Suite 1<br>Brookline, MA 02446<br>617-739-6977 (Voice)<br>617-739-6774 (Fax)<br>gromanovsky@bmaidenlaw.com | By:　/s/ Anton P. Giedt   7/18/2006<br>　　Anton P. Giedt<br>　　Assistant U.S. Attorney<br>　　1 Courthouse Way<br>　　Boston, MA 02210<br>　　617-748-3309 (Voice)<br>　　617-748-3971 (Fax)<br>　　anton.giedt@usdoj.gov |

**CERTIFICATE OF SERVICE**

Suffolk, ss.　　　　　　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DATE: July 18, 2006

　　I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiff's counsel of record by Electronic Filing.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Anton P. Giedt
　　　　　　　　　　　　　　　　　　　　　　　　　　　Anton P. GIedt
　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney